# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIYU YANG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ELAINE C DUKE, et al,<br><br>　　　　　Respondent. | Case No.  EDCV 17-1916-GW (JEM)<br><br>ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND INSTRUCTIONS GOVERNING FURTHER PROCEEDINGS (FEDERAL CUSTODY) |

**PLEASE READ THIS ORDER CAREFULLY**

IT DIFFERS FROM THE COURT'S PREVIOUS ORDER AND IT MAY

DIFFER FROM ORDERS ISSUED BY OTHER JUDGES

lmao  In order to facilitate the just, speedy, and inexpensive determination of this action,

**IT IS HEREBY ORDERED that**:

　　1.　　The Clerk of the Court shall serve: (a) electronic copies of the Petition and this Order on the Assistant United States Attorney; and (b) a copy of this Order on Petitioner.

　　2.　　Respondent shall serve and file a Notice of Appearance, **not later than 14 days from this date,** notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served and the attorney's telephone and fax number.

3.     **The Clerk also shall serve Petitioner with a copy of the Consent to Proceed Before a United States Magistrate Judge (Form CV 11B) along with this Order. If Petitioner wishes to exercise the consent option, he shall file a completed Form CV 11B with the Clerk and serve Respondent with same within 28 days of this date. Respondent shall have until the date of the filing of the Answer to the Petition or the filing of a Motion to Dismiss the Petition in which to exercise the consent option by filing and serving a completed Form 11B. The Magistrate Judge shall not be informed of a party's response unless all parties have consented to the referral. THE PARTIES ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.**

4.     Respondent shall file a notice of non-opposition if, after investigation, Respondent concedes that the Petition should be granted. If Respondent disputes any claim in the Petition, then the following instructions shall govern further proceedings:

5.     Respondent shall file an Answer to the Petition or a Motion to Dismiss the Petition not later than 28 days after the filing date of this Order.

6.     If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims (e.g., because the Court lacks subject matter jurisdiction, Petitioner has failed to exhaust administrative remedies, or any other procedural ground), Respondent may file a Motion to Dismiss. The Motion to Dismiss shall not address the merits of Petitioner's claims.[1] At the time the Motion to Dismiss is filed, Respondent shall lodge with the Court all records bearing on the issues raised. Petitioner shall file an Opposition to the Motion within 28 days of service of the Motion.[2] Respondent may file a Reply within 14 days of service of the Opposition.

---

[1] If Respondent contends that Petitioner has failed to exhaust any administrative remedies as to any ground for relief alleged in the Petition, Respondent shall specify the administrative remedies still available to Petitioner.

[2] The date of service means the date the certificate of service shows that the document was <u>mailed</u> to Petitioner (or otherwise served upon Petitioner).

7. If Respondent determines that the Petition must be considered on the merits, Respondent shall file and serve an Answer to the Petition. At the time the Answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. A separate index listing the materials being submitted also shall be filed. **The Answer shall not exceed 25 pages in length, excluding indices and exhibits, unless approved by the Court.**

8. Petitioner shall file a Reply to the Answer within 28 days after service of the Answer.

   (A) The Reply shall set forth separately (i) Petitioner's admission or denial of each factual allegation contained in the Answer, and (ii) additional legal argument. The Reply shall be limited to facts or arguments responsive to those raised in the Answer.

   (B) **The Reply shall not make any claims not made in the original Petition. The Reply shall not exceed twenty five (25) pages in length, excluding indices and exhibits, unless approved by the Court.**

   (C) Unless the court orders otherwise, the case will be deemed submitted 28 days after the Answer is served. Petitioner is warned that failure to file a Reply may result in the allegations of the Answer being accepted as true, pursuant to 28 U.S.C. § 2248.

9. A request by a party for an extension of time within which to file any of the pleadings required hereunder will be granted only upon a showing of good cause, and should be made in advance of the due date of the pleading. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed form of order granting the requested extension.

10. Any pleading or other paper that refers to, relies on or summarizes matters in any court transcript, appeal brief or other document must specifically state the name of the document, the page number and, if possible, the line numbers where the referenced or supporting matter is found in the record.

11. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel).

12. Petitioner shall immediately notify the Court and counsel for Respondent of any change of address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, the action will be subject to dismissal for failure to prosecute. Local Rule 41-6.

Dated: September 25, 2017

      */s/ John E. McDermott*
      John E. McDermott
      United States Magistrate Judge